IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| APRIL REEVES | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| SEPTA | : | NO. 19-4163 |

## **ORDER**

**AND NOW**, this 24th day of February, 2020, upon consideration of Defendant SEPTA's Motion to Dismiss (Docket No. 11), to which Plaintiff has filed no response, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **GRANTED**, this action is **DISMISSED WITH PREJUDICE**, **JUDGMENT** is entered in favor of Defendant and against Plaintiff, and the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.